# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MIX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN ROZALEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:15-cv-01060 DLB PC<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>[ECF No. 9] |

　　　　Plaintiff Robert Mix is an active participant in the California sex offender treatment program proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. He consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) on July 22, 2015.

　　　　Plaintiff filed his complaint on July 10, 2015. On May 18, 2016, the Court screened the complaint and determined Plaintiff had failed to state a claim. The complaint was dismissed with leave to file an amended complaint.

　　　　On June 20, 2016, Plaintiff filed a motion to withdraw his complaint. Plaintiff states he is presently unable to pursue his cause of action. He states he will be consulting with attorneys to seek representation; however, at this time he requests that his complaint be withdrawn without prejudice.

　　　　The Court construes Plaintiff's motion as a notice of voluntary dismissal pursuant to

Federal Rule of Civil Procedure 41(a)(1)(i).  At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice.  Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001).  Filing a notice of dismissal with the court automatically terminates the action, and the Court no longer has jurisdiction over the claims.  Id.; Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995).

Accordingly, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on June 20, 2016.

IT IS SO ORDERED.

Dated:   **June 24, 2016**                    /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE